Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL ESPECIAL (I)

| CONSEJO DE TITULARES DEL CONDOMINIO MARALAGO<br><br>Apelados<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, FIDEICOMISO DE BOSCO CREDIT II TRUST SERIES 2017-I; FRANKLIN CREDIT MANAGEMENT CORPORATION SÍNDICO DEL FIDEICOMISO BOSCO CREDIT II TRUST SERIES 2017-I; BOSCO PUERTO RICO, LLC<br><br>Apelantes<br><br>LUIS ROSADO VIANA, ESTHER ORTIZ ROSA Y LA SOCIEDAD LEGAL DE BIENES GANANCIALES COMPUESTA POR AMBOS<br><br>Terceros Demandados | KLAN202400251 | APELACION procedente del Tribunal de Primera Instancia, Sala Superior de Humacao<br><br>Civil núm.: HU2021CV00448<br><br>Sobre: Cobro de Dinero |
|---|---|---|

Panel integrado por su presidente el juez Sánchez Ramos, el juez Rivera Torres y el juez Salgado Schwarz.

**Rivera Torres, Juez Ponente**

### SENTENCIA

En San Juan, Puerto Rico, a 5 de abril de 2024.

Atendida la *Moción de Desistimiento Voluntario* presentada por la parte apelante el 4 de abril de 2024, disponemos.

Toda vez que las partes llegaron a una transacción sobre la propiedad, objeto de este litigio, con la cual pusieron fin a las controversias pendientes ante este foro apelativo, el mismo se convierte en uno académico por lo que se dicta sentencia de **desistimiento con perjuicio**.

En su consecuencia, se ordena el cierre y archivo definitivo del presente recurso. Regla 83(A) del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 83(A).

Finalmente dejamos sin efecto nuestra Resolución del 19 de marzo de 2024, notificada el 20 del mismo mes y año.

Notifíquese.

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

LCDA. LILIA M. OQUENDO SOLÍS
Secretaria del Tribunal de Apelaciones